IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3045 |
| | ) | |
| V. | ) | |
| | ) | |
| JIMMY BURRELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After due consideration,

IT IS ORDERED that the government may destroy exhibits as proposed in its notice (filing 53) and the defendant's objections (filings 54 and 55) to the government's notice of intent to destroy exhibits are denied.

DATED this 2nd day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge