# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CR3045 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| JIMMY BURRELL, | ) | |
| Defendant. | ) | |

This matter came before the Court this 17th day of October, 2014, on the Defendant's Motion for Temporary Release Under Specific Conditions. The Court, being fully advised in the premises finds that the Motion, (filing no. 81), should be granted. It is, therefore,

ORDERED that the Defendant shall be temporarily released from the custody of the United States Marshal from the U.S. Marshal's holding area in the Lincoln Federal Building at 9:30 a.m. on Thursday, October 23, 2014, to the custody of a member of the Federal Public Defender's Office, 100 Centennial Mall North, 112 Federal Building, Lincoln, Nebraska 68508. If the United States Marshal is not transporting defendants to the Lincoln Federal Building that day, it is ordered that the Defendant shall be temporarily released to the Federal Public Defender from the Saline County Jail on October 23, 2014 by no later than 9:00 a.m.

IT IS FURTHER ORDERED that the Defendant shall be accompanied and released into the custody of the Federal Public Defender's Office staff member, who shall accompany the Defendant and shall escort the Defendant to the Williams Prepared Place and return the Defendant to the custody of the United States Marshal promptly after his interview/screening for residential treatment on October 23, 2014.

Dated this 17th day of October, 2014.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge