IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JIMMY BURRELL,<br><br>        Defendant. | 4:07CR3045<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 83), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Williams Prepared Place, Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Williams Prepared Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defense counsel shall coordinate with the Marshal for timely release of the defendant to the Federal Public Defenders Office for transport and arrival at Williams Prepared Place by 11:00 a.m. on October 30, 2014.

October 27, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge