IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JIMMY BURRELL,<br><br>　　　　　Defendant. | **4:07CR3045**<br><br>**ORDER** |

IT IS ORDERED that:

1. The Defendant's unopposed motion to continue revocation hearing (filing 85) is granted.

2. Defendant Jimmy Burrell's violation of supervised release hearing is continued to April 3, 2015, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 3rd day of December, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　United States District Judge