IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:07CR3045 |
| vs. | ORDER |
| JIMMY BURRELL, | |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's unopposed motion to continue revocation hearing (filing 88) is granted.

2. Defendant Jimmy Burrell's violation of supervised release hearing is continued to July 17, 2015, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of April, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge