IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:07-CR-3045 |
| vs. | |
| JIMMY BURRELL, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 92) the petition for offender under supervision (filing 60) and amended petition for offender under supervision (filing 68).

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 92) is granted.

2. The petition for offender under supervision (filing 60) and amended petition for offender under supervision (filing 68) are dismissed.

3. The hearing set for December 18, 2015 is cancelled.

Dated this 11th day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge